WO

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>1. $14,000.00 in United States Currency;<br><br>2. $40,000.00 in United States Currency,<br><br>　　　　　Defendants,<br><br>Regarding the Interest of Danny Murray,<br><br>　　　　　Claimant. | CV 12-01546-PHX-JAT<br><br>**STIPULATION JUDGMENT CERTIFICATE OF REASONABLE CAUSE** |

Pursuant to written stipulation filed herein by the Parties regarding an interest in the property identified as defendants herein, and there being no objection, and the Court finding good cause, it is hereby ordered that the Stipulation for Compromise Settlement, and the facts contained therein, are adopted by the Court. The parties have stipulated to the following orders by the Court, and the Court orders as follows pursuant to the parties' stipulation:

**IT IS ORDERED** that the sum of the $27,000 shall be forfeited to the United States, and shall be disposed of according to law.

**IT IS FURTHER ORDERED** the remaining sum of defendants 1 and 2 shall be released to claimants.  No interest is awarded.  Each party shall pay its own costs and attorneys' fees,

1  **IT IS FURTHER ORDERED** that Claimants release and forever discharge the United States Department of Justice; the United States Marshals Service; the Drug Enforcement Administration and all officers, employees, contract employees, agents, task force agents and any other law enforcement official from any and all actions, causes of actions, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which the Claimants, their successors, or assigns ever had, now have, or nay have in the future related to the seizure, detention, and forfeiture of defendants 1 and 2.

**IT IS FURTHER ORDERED** that, pursuant to the terms of 28 U.S.C. 2465, Claimant has not substantially prevailed as the result of this settlement agreement.

Dated this 23rd day of April, 2014.

_____
James A. Teilborg
Senior United States District Judge